THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
ALBERT F. SHAW, Appellant.

Submitted May 31, 1955; decided June 2, 1955.

*Albert F. Shaw,* in person, for motion.

No one opposed.

Motion granted and Hayden H. Dadd, Esq., Main Street, Attica, New York, assigned as counsel to defendant on the appeal herein.